**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW M. MECHEKOFF, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>SUBARU OF AMERICA, INC.,<br><br>          Defendant. | No. 1:20-cv-00281-NONE-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND VACATING ALL MATTERS AND DATES<br><br>(ECF No. 38)<br><br>SIXTY DAY DEADLINE |

On April 28, 2020, the parties to this action filed a joint stipulation to continue the scheduling conference because they have reached settlement in this action. After reviewing the stipulation, the Court finds that it is appropriate to vacate the mandatory scheduling conference and order the parties to file dispositive documents.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **April 28, 2020**

UNITED STATES MAGISTRATE JUDGE